TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00497-CR







William Renshaw Walker, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 01-633-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING







William Renshaw Walker seeks to appeal from a judgment of conviction for bail
jumping. He pleaded guilty pursuant to a plea bargain. As part of his bargain, appellant promised
not to appeal. This promise is binding when, as here, the court follows the agreed punishment
recommendation. Blanco v. State, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). Further, appellant's
notice of appeal does not comply with appellate rule 25.2(b)(3); in fact, it states that the trial court
denied permission to appeal. See Tex. R. App. P. 25.2(b)(3); see also Cooper v. State, 45 S.W.3d
77, 79 (Tex. Crim. App. 2001); Whitt v. State, 45 S.W.3d 274, 275 (Tex. App.--Austin 2001, no
pet.). 


The State's motion to dismiss is granted. The appeal is dismissed for want of
jurisdiction.



 __________________________________________

 Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed: August 30, 2002

Do Not Publish